IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON EUGENE DIVISION

IN RE:

CHRISTINE M SAMPSON                                         CASE NO. 08-61033
                                                            (Chapter 13)
And

GMAC

## NOTICE OF CHANGE OF ADDRESS FOR TRUSTEE PAYMENTS

    **COMES NOW**, GMAC hereby request that the Trustee payment address on its claim(s) in the instant bankruptcy proceeding be changed from the following addresses:

| | |
|---|---|
| 2740 Arthur Street<br>Roseville, MN 55113 | P.O. Box 2182<br>Greely, CO 80632 |
| P.O. Box 9001951<br>Louisville, KY 40290-1951 | P.O. Box 78252<br>Phoenix, AZ 85062 |
| P.O. Box 901025<br>Fort Worth, TX 76101 | 1700 West Highway 36, Suite 510<br>Roseville, MN 55113 |
| P.O. Box 5055<br>Troy, MI 78007-5055 | P.O. Box 130424<br>Roseville, MN 55113-0002 |
| P.O. Box 7041<br>Troy, MI 78007-7041 | |

To the new payment address below:

**GMAC**
**P.O. Box 78367**
**Phoenix, AZ 85062**
**Account Number: XXX-XXXX-X8431**

    This address change only pertains to Trustee payments. All other correspondence and notices should be mailed to GMAC, P.O. Box 130424, Roseville, MN 55113. If the Trustee's system cannot maintain both a payment address and an address for notices, please mail both notices and payments to GMAC, P.O. Box 130424, Roseville, MN 55113.

/s/Rob Baker
Rob Baker
P.O. Box 130424
Roseville, MN 55113
Telephone (800) 495-1578 ext 2102
